UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ADAM A. TAWFEEK,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and COMPANY and SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:24-cv-00081-JPH-TAB |

**APPEARANCE OF COUNSEL**

To: The Clerk of this Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff, Adam A. Tawfeek.

01/16/2024
Date

/s/ Nicholas T. Lavella
Signature

Nicholas Lavella 29337-49
Print Name Bar Number

Keller & Keller, 2850 N. Meridian St.
Address

Indianapolis, Indiana 46208
City State Zip Code

(317) 926-1111 (317) 926-1411
Phone Number Fax Number