UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM A. TAWFEEK,

Plaintiff,

Cause Number: 1:24-cv-81 -JPH-TAB

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN,

Defendants.

**SUMMONS IN A CIVIL ACTION**

TO: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Registered Agent: CORPORATION SERVICE COMPANY

135 North Pennsylvania Street, Suite 1610

Indianapolis, IN, 46204, USA

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Nicholas Lavella -- Keller & Keller L.L.P.*

*2850 N. Meridian St.*

*Indianapolis, IN 46208*

*Email: Nlavella@2Keller.com*

*Ph: 317-926-1111; Fax: 317-926-1411*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

January 16, 2024

Date

BY: ______________________

*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Civil Action Number: 1:24-cv-00081-JPH-TAB

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ______________________________ was received by me on *(date)*__________________.

☐ I personally served the summons on the individual at *(place)*__________________________________________ on *(date)* __________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*____________________________, a person of suitable age and discretion who resides there, on *(date)* __________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* _________________ ________________________________________on *(date)* _________________; or

☐ I returned the summons unexecuted because ______________________________________________; or

☒ Other *(specify)*: SENT VIA CERTIFIED MAIL

My fees are $ _____________for travel and $_______________for services, for a total of ______________.

I declare under penalty of perjury that this information is true.

Date 01/12/2024

*Server's Signature*

Printed name and title

Nick Lavella, Attorney, Keller & Keller, LLP

Server's Address: Keller & Keller, LLP, 2850 N. Meridian St., Indianapolis, IN 46208

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ADAM A. TAWFEEK,

Plaintiff,

Cause Number: 1:24-cv-81 -JPH-TAB

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN,

Defendants.

## SUMMONS IN A CIVIL ACTION

TO: SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN

Registered Agent: CORPORATION SERVICE COMPANY

135 North Pennsylvania Street, Suite 1610

Indianapolis, IN, 46204, USA

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Nicholas Lavella -- Keller & Keller L.L.P.*

*2850 N. Meridian St.*

*Indianapolis, IN 46208*

*Email: Nlavella@2Keller.com*

*Ph: 317-926-1111; Fax: 317-926-1411*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

January 16, 2024

Date

BY: ______________________

*Deputy Clerk*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

Civil Action Number: 1:24-cv-00081-JPH-TAB

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ________________________________________
was received by me on *(date)*__________________.

☐ I personally served the summons on the individual at
*(place)*____________________________________________________ on *(date)* __________________; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*____________________________, a person of suitable age and discretion who resides there, on
*(date)* __________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _________________________________________,
who is designated by law to accept service of process on behalf of *(name of organization)*
_________________ _________________________________________on *(date)*
_________________; or

☐ I returned the summons unexecuted because
________________________________________________; or

☒ Other *(specify)*: SENT VIA CERTIFIED MAIL

My fees are $ _____________for travel and $_______________for services, for a total of
______________.

I declare under penalty of perjury that this information is true.

| | |
|---|---|
| Date 01/12/2024 | *Server's Signature* |
| | Printed name and title |
| Server's Address: Keller & Keller, LLP, 2850 N. Meridian St., Indianapolis, IN 46208 | Nick Lavella, Attorney, Keller & Keller, LLP |