UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN,**<br><br>**Defendants.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. 1:24-cv-00081-JPH-TAB** |

**JOINT NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Sony Corporation of America Group Long Term Disability Plan based on the following stipulation:

It is hereby stipulated by and between Adam Tawfeek ("Tawfeek") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that Sony Corporation of America Group Long Term Disability Plan is hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Sony Corporation of America Group Long Term Disability Plan having been dismissed from the action.

Dismissal under 41(a)(1)(A)(i) is proper since Sony Corporation of America Group Long Term Disability Plan has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Sony Corporation of America Group Long Term Disability Plan.

Dated: February 7, 2024

Respectfully submitted,

KELLER & KELLER, LLP

/s/ Nick Lavella

Nick Lavella
2850 N. Meridian Street
Indianapolis, IN 46208
PH: (317) 926-1111
Fax: (317) 926-1411
Email: NLavella@2Keller.com

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers

Iwana Rademaekers
*Pro Hac Vice* Motion Pending
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that on the 7th day of February 2024, the foregoing **JOINT NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN WITHOUT PREJUDICE** was filed electronically and that a true and correct copy was sent to the following counsel via electronic mail:

Nick Lavella
KELLER & KELLER, LLP
NLavella@2Keller.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com