UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:24-cv-00081-JPH-TAB** |

**ORDER**

Having come before the Court the parties voluntarily dismiss, without prejudice, Defendant Sony Corporation of America Group Long Term Disability Plan, AND THE Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Sony Corporation of America Group Long Term Disability Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear his own costs and attorneys' fees with regard to such claims.

**SIGNED** this ______ day of ____________________, 2024.

______________________________________
Magistrate Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Nick Lavella: NLavella@2Keller.com
Iwana Rademaekers: iwana@rademaekerslaw.com