UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ADAM TAWFEEK,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**THE LINCOLN NATIONAL LIFE** )<br>**INSURANCE COMPANY and SONY** )<br>**CORPORATION OF AMERICA** )<br>**GROUP LONG TERM DISABILITY** )<br>**PLAN,** )<br>)<br>**Defendants.** ) | The Court acknowledges the Joint Notice of Dismissal without Prejudice, Dkt. 10. The Clerk is DIRECTED to dismiss ONLY Defendant Sony Corporation Of America Group Long Term Disability Plan from the docket. JPH, 2/9/2024. Distribution via ECF.<br><br>Case No. 1:24-cv-00081-JPH-TAB |

**JOINT NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT SONY CORPORATION OF AMERICA GROUP LONG TERM DISABILITY PLAN WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Sony Corporation of America Group Long Term Disability Plan based on the following stipulation:

It is hereby stipulated by and between Adam Tawfeek ("Tawfeek") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that Sony Corporation of America Group Long Term Disability Plan is hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Sony Corporation of America Group Long Term Disability Plan having been dismissed from the action.