UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 1:24-cv-00081-JPH-TAB** |
| **THE LINCOLN NATIONAL LIFE INSURANCE** | ) | |
| **,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION TO SCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE**

Comes now the Plaintiff and Defendant, by counsel, who move this Court to schedule a settlement conference. In support of this request, the parties state as follows:

1. Pursuant to the approved Case Management Plan (Dkt. 16), the parties are permitted to select a private mediator or schedule a settlement conference by July 1, 2024 (p. 7 of Dkt. 16).

2. The parties have engaged in settlement negotiations and will continue to attempt to explore the possibility of resolving this matter via settlement as litigation continues.

3. On June 27, 2024, the counsel for Plaintiff and Defendant elected to schedule a settlement conference in the event that informal settlement negotiations did not lead to the resolution of this case.

4. On June 28, 2024, counsel for Plaintiff called the Magistrate Judge's Chambers and it was suggested that the parties should file a Motion to Schedule a Settlement Conference.

WHEREFORE, the Parties, by counsel, respectfully requests a Settlement Conference with Magistrate Judge to be scheduled, and for all other relief just and proper in the premises.

Respectfully submitted this 1st day of July 2024.

KELLER & KELLER, LLP

/s/ Nick Lavella

Nick Lavella
2850 N. Meridian Street
Indianapolis, IN 46208
PH: (317) 926-1111
Fax: (317) 926-1411
Email: NLavella@2Keller.com

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers

Iwana Rademaekers
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was submitted using the Court's electronic filing system to:

All counsel of record.

__s/ Nicholas Lavella__________
Nicholas Lavella, #29337-49
Attorney for Plaintiff
Keller & Keller, LLP
2850 N. Meridian St.
Indianapolis, IN 46208
(317) 926-1111
Fax: (317) 275-3008