UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 1:24-cv-00081-JPH-TAB** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Having come before the Court, AND THE Court fully considering the Parties' Joint Motion to Schedule a Settlement Conference with Magistrate Judge,

IT IS HEREBY ORDERED that the Court approves the Parties' Joint Motion to Schedule a Settlement Conference and will contact counsel for both Plaintiff and Defendant to determine dates that each party is available for a settlement conference with the Court.

**SIGNED** this ______ day of ____________________, 2024.

______________________________________
Magistrate Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Nick Lavella: NLavella@2Keller.com
Iwana Rademaekers: iwana@rademaekerslaw.com