UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 1:24-cv-00081-JPH-TAB** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court, on Plaintiff and Defendant's motion to schedule a settlement conference, and the Court, being duly advised of the premises and finding good cause to exist, now grants the Motion. [Filing No. 17.]

IT IS THEREFORE ORDERED that the Court will contact counsel for both Plaintiff and Defendant to determine dates that each party is available for a settlement conference with the Court. The Court hereby vacates the August 14, 2024, telephonic status conference that was previously scheduled at Filing No. 16.

Date: 7/8/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email