UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:24-cv-00081-JPH-TAB** |

**<u>PLAINTIFF'S PRELIMINARY EXHIBIT LIST</u>**

The Plaintiff, Adam Tawfeek, by and through the undersigned counsel, provides the following Preliminary Exhibit List, which includes:

1. Claim file produced by The Lincoln National Life Insurance Company ("Defendant" or "Lincoln") in this case.
2. Lincoln's Claims Manual.
3. Disability policy issued by Lincoln.
4. Any necessary deposition transcripts from depositions taken in this case.
5. The medical records of Plaintiff, Adam Tawfeek, for the relevant time periods.
6. Any and all discovery responses, including documents or exhibits which were identified, mentioned, or referenced in any discovery response, including Interrogatory Answers, Responses to Requests for Production, Responses to Requests for Admissions, depositions, statements, or correspondence. This also includes any documents produced in response to subpoenas served by the Plaintiff, as well aas any and all materials obtained/identified through discovery.
7. All curriculum vitaes of peer reviewing physicians utilized by Lincoln.

8. Photographs and videotapes of the Plaintiff.

9. Any and all medical devices used by the Plaintiff in the course of his treatment related to his disability.

10. Any and all x-rays, CT scans, MRIs, laboratory reports, and all other diagnostic films or tests performed on Plaintiff.

11. Any and all pleadings filed in this case.

12. Any and all charts, summaries, or calculations needed to assist the trier of fact.

13. Any and all documents or records relied upon by any treating physician.

14. Any and all documents or records relied upon by any reviewing physician.

15. Summary of unpaid disability benefits, with interest, for both past and future.

16. Timeline of claim from March 2019 through the date of trial.

17. All exhibits listed by the Defendant.

18. Any necessary rebuttal exhibits.

19. Any documents from the Plaintiff's Social Security disability claim file.

20. Any and all correspondence between the parties.

Plaintiff reserves the right to amend or supplement this Preliminary Exhibit List.

Respectfully submitted,

/s/ Nick Lavella

Nick Lavella
KELLER & KELLER, LLP
ATTORNEYS FOR PLAINTIFF
2850 N. Meridian Street
Indianapolis, IN 46208
PH: (317) 926-1111
Fax: (317) 926-1411
Email: NLavella@2Keller.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2024 this Plaintiff's Preliminary Exhibit List was filed electronically via the Court's CM/ECF system, including the following:

Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, TX 75252
Ph: 214-579-9319
Fax: 469-444-6456
iwana@rademaekerslaw.com

s/ Nicholas Lavella
Nicholas Lavella, #29337-49
Attorney for Plaintiff
Keller & Keller, LLP
2850 N. Meridian St.
Indianapolis, IN 46208
(317) 926-1111
Fax: (317) 275-3008