UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 1:24-cv-00081-JPH-TAB** |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

The Plaintiff, Adam Tawfeek, by and through the undersigned counsel, provides the following Preliminary Witness List, which includes:

1. The Plaintiff, Adam Tawfeek.
2. Dr. Praveen Perni, 8607 E US Highway 36, Avon, IN 4623. Phone: 317-208-3866.
3. Dr. Saurav Acharya, IU Health Physicians Rheumatology, 1115 N. Ronald Reagan Parkway, Suite 236, Avon, IN 46123. Phone: 317-944-1000.
4. Dr. Andrew Campbell, 1100 Southfield Drive #1210, Plainfield, IN 46168. Phone: 317-839-9833.
5. Any medical provider of the Plaintiff that is included in the Defendant's claim file.
6. Any person with knowledge of the Plaintiff's disability claim, including but not limited to medical or vocational consultants contracted by Lincoln National Life Insurance Company ("Defendant" or "Lincoln"), employees or contractors of Lincoln mentioned in the claim file, and employees or contractors of Plaintiff's employer, Sony.
7. Any expert witness(es) retained to testify in this matter.
8. All individuals necessary to authenticate records.

9. All witnesses identified on any witness list submitted by Defendant.

10. Any person(s) identified through discovery.

11. Any witness necessary for rebuttal or impeachment.

12. Any necessary vocational specialist.

13. Any necessary disability claims management expert that can speak to industry practices for disability insurers.

Plaintiff reserves the right to amend or supplement this Preliminary Witness List.

Respectfully submitted,

/s/ Nick Lavella

Nick Lavella
KELLER & KELLER, LLP
ATTORNEYS FOR PLAINTIFF
2850 N. Meridian Street
Indianapolis, IN 46208
PH: (317) 926-1111
Fax: (317) 926-1411
Email: NLavella@2Keller.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2024 this Plaintiff's Preliminary Witness List was filed electronically via the Court's CM/ECF system, including the following:

Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, TX 75252
Ph: 214-579-9319
Fax: 469-444-6456
iwana@rademaekerslaw.com

__s/ Nicholas Lavella__________
Nicholas Lavella, #29337-49
Attorney for Plaintiff
Keller & Keller, LLP
2850 N. Meridian St.
Indianapolis, IN 46208
(317) 926-1111
Fax: (317) 275-3008