UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:24-cv-00081-JPH-TAB** |

**DEFENDANT'S PRELIMINARY WITNESS LIST**

Defendant, The Lincoln National Life Insurance Company, files this Preliminary Witness List pursuant to the Case Management Plan (Dkt 16) entered on May 6, 2024.

**WITNESSES**

1. Iwana Rademaekers will testify as an expert witness for its case-in-chief on the issue of reasonable attorneys' fees in this matter.
2. Keisha Scales, c/o Iwana Rademaekers, 17304 Preston Road, Ste 800, Dallas, Texas 75252. Phone: (214) 579-9319
3. Karilann Sneirson, c/o Iwana Rademaekers, 17304 Preston Road, Ste 800, Dallas, Texas 75252. Phone: (214) 579-9319.
4. All individuals necessary to authenticate records.
5. Any witness necessary for rebuttal or impeachment.
6. All witnesses listed by the Plaintiff.

Respectfully submitted on this 12th day of July 2024.

Respectfully submitted,

**LAW OFFICES OF IWANA**

**RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 12th day of July 2024, the foregoing **DEFENDANT'S PRELIMINARY WITNESSES LIST** was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Nick Lavella
KELLER & KELLER, LLP
NLavella@2Keller.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com