UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ADAM TAWFEEK,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br><br>**Defendant.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. 1:24-cv-00081-JPH-TAB** |

**DEFENDANT'S PRELIMINARY EXHIBIT LIST**

Defendant, The Lincoln National Life Insurance Company, files this Preliminary Exhibit List pursuant to the Case Management Plan (Dkt 16) entered on May 6, 2024.

**EXHIBITS**

A. Group Long-Term Disability Insurance Policy (Lincoln/Tawfeek 0001-0044);

B. October 18, 2023, correspondence containing decision on appeal (Lincoln/Tawfeek 0105-0117); and

C. Administrative Record (Lincoln/Tawfeek 0045-0104 and 0118-3037).

Respectfully submitted on this 12th day of July 2024.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 12th day of July 2024, the foregoing **DEFENDANT'S PRELIMINARY EXHIBIT LIST** was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Nick Lavella
KELLER & KELLER, LLP
NLavella@2Keller.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com