UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ADAM TAWFEEK,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **THE LINCOLN NATIONAL LIFE** ) <br> **INSURANCE COMPAN,** ) <br> ) <br> **Defendant.** ) | The court acknowledges the Joint Stipulation of Dismissal, Dkt. [25]. The Clerk is DIRECTED to close this case on the docket. JPH 10/8/2024. Distribution via ECF. <br><br> Case No. 1:24-cv-00081-JPH-TAB |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Adam Tawfeek and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of October 2024.

Respectfully submitted,

KELLER & KELLER, LLP

/s/ Nick Lavella (w/permission)
Nick Lavella
2850 N. Meridian St.
Indianapolis, IN 46208
PH: (317) 926-1111
Fax: (317) 926-1411
NLavella@2Keller.com

ATTORNEY FOR PLAINTIFF

- AND -